# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 2:24-CR-0008 JRG-RSP |
| | § | |
| JESUS ALLEN STEPHENS | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Roy S. Payne regarding defendant's plea of guilty to Count One, Conspiracy, 18 U.S.C. § 371, Two, Sponsoring and Exhibiting a Dog for use in an Animal Fighting Venture, 7 U.S.C. § 2156(a)91), and Three, Possessing a Dog for use in an Animal Fighting Venture, 7 U.S.C. § 2156(b) of an indictment. Having conducted a proceeding in the form and manner prescribed by FED. R. CRIM P. 11, the Magistrate Judge recommends that the Court accept the defendant's guilty plea. The parties waived their right to file objections to the Findings of Fact and Recommendation. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly **ORDERED** that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed December 16, 2024, are hereby **ADOPTED**.

It is further **ORDERED** that, pursuant to defendant's plea agreement, the Court finds defendant **GUILTY** of Counts One, Two and Three of the indictment in the above-numbered cause.

**So ORDERED and SIGNED this 16th day of January, 2025.**

                                                   RODNEY GILSTRAP
                                                   UNITED STATES DISTRICT JUDGE